**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Marvin ROBERTS, a.k.a. "Boss",
Defendant—Appellant.**

No. 10–12668
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 28, 2011.

R. Brian Tanner, Frederick Kramer, III, James Christian Stuchell, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Kristen Wigh Goodman, Attorney at Law, Savannah, GA, Marvin Roberts, USP

Coleman I–Inmate Mail, Coleman, FL, for Defendant–Appellant.

Before WILSON, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Kristin Wigh Goodman, appointed counsel for Marvin Roberts, filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Roberts responded, listing issues he believed had arguable merit. Because review of the issues raised by Roberts and counsel, as well as an independent review of the record as a whole, reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Roberts's revocation of supervised release and sentence are **AFFIRMED.**